UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA   :   Cr. No.10-207 (WHW)
    -vs-   :
BRIAN ANDERSON   :   ORDER OF RELEASE

It is on this 24th day of March 2010 ORDERED:

That bail be fixed at $500,000 and the defendant be released upon secured appearance bond by the available equity in the property located at 119 Elizabeth Street, Oradell, NJ.

It is further ORDERED that, in addition to the above, the following conditions are imposed:

1. Pretrial Services supervision
2. Travel restricted to New Jersey and New York City unless otherwise approved by Pretrial Services
3. Surrender passport and not re-apply for new travel documents.
4. Mental health treatment as deemed necessary by Pretrial Services.
5. Refrain from employment in the financial industry.
6. Wife, Nicole Anderson, to serve as third party custodian. (Wife to sign within 24 hours.)

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
WILLIAM H. WALLS, U.S.S.D.J.

I hereby certify that the defendant was furnished (personally) a copy of this order and a notice of penalties applicable to violation of conditions of release.

_____
Loretta Minott, Deputy Clerk

<u>NOTICE OF PENALTIES APPLICABLE
TO THE VIOLATION OF CONDITION OF RELEASE</u>

Title 18, United States Code, Section 3146(c) provides that a warrant for the arrest of a defendant will be issued immediately upon any violation of the conditions of release. Conditions of release include those contained in the Appearance Bond the defendant bay be required to execute.

Title 18, United States Code, Section 3150, provides that if the defendant willfully fails to appear as required he shall incur a forfeiture of any security given or pledged; and in addition:

1. If the release was in connection with a charge of felony, or while awaiting sentence or pending appeal, he shall be fined not more than $5,000 or imprisoned not more than five years, or both.

2. If the charge was a misdemeanor, he shall be fined not more than the maximum provided for such misdemeanor or imprisoned for not more than one year, or both.

3. If the above release relates to an appearance of a material witness, the penalty for willfully failing to appear is a fine of not more tan $1,000 or imprisonment for not more than one year, or both.