**NOT FOR PUBLICATION**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | **ORDER** |
| v. | : | Crim. No.10-207 (WHW) |
| BRIAN ANDERSON, | : | |
| Defendant, | : | |
| BANK OF AMERICA, | : | |
| Garnishee. | : | |

**Walls, Senior District Judge**

It is, on this 21st day of March, 2011:

ORDERED that defendant's request for a hearing is GRANTED. The hearing will take place on Wednesday, April 6, 2011 at 10:00 a.m.

**/s/ William H. Walls**
United States Senior District Judge

Cc: All Counsel (via ECF)
    Brian Anderson (via U.S. Mail)