**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | Crim. No.10-207 (WHW) |
| BRIAN ANDERSON, | |
| Defendant, | |
| BANK OF AMERICA, | |
| Garnishee. | |

**Walls, Senior District Judge**

It is, on this 30th day of March, 2011:

ORDERED that the hearing scheduled for April 6, 2011 is ADJOURNED until Tuesday, April 19, 2011 at 9:30 a.m.

**/s/ William H. Walls**
United States Senior District Judge

Cc: All Counsel (via ECF)
    Brian Anderson (via U.S. Mail)