UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. BRIAN ANDERSON,
Crim. No.: 10-207

## PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

1. BRIAN ANDERSON, Register No.: 61162-050, DOB 07/16/1964, is now confined in FCI Schuylkill, located in Minersville, PA 17954.

2. Said individual is a witness in the above-referenced matter and will be required in Newark, New Jersey on Tuesday, April 19, 2011, at 9:30 a.m. for a Court hearing scheduled before the Honorable William H. Walls, Senior Judge, at the Martin Luther King Jr. Courthouse, Courtroom 4D, 50 Walnut Street, Newark, NJ 07102 A Writ of Habeas Corpus ad Testificandum should be issued for that purpose.

3 Brian Anderson should be remanded to the custody of the U.S. Marshals for the day and such time as it takes to transport Mr. Anderson to and from FCI Schuylkill.

DATED: March 29, 2011

Leah A. Bynon
Assistant U.S. Attorney
Petitioner - 973-645-2736

## ORDER

Let the Writ Issue.

DATED 30 Mar 2011

Hon. William H. Walls, U.S.D.J.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America to Bureau of Prisons, Warden of the FCI Schuylkill:
WE COMMAND YOU that you have the body of:

BRIAN ANDERSON, Register No.: 61162-050, DOB 07/16/1964,

now confined at the FCI Schuylkill, brought to the Martin Luther King Jr. Courthouse, Courtroom 4D, 50 Walnut Street in Newark, New Jersey on Tuesday, April 19, 2011 at 9:30 a.m.for a Court hearing before the Honorable William H. Walls the above-captioned matter. Mr. Anderson should be remanded to the custody of the U.S. Marshals for the day. Immediately upon completion of the proceedings, Mr. Anderson will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William H. Walls
United States Senior Judge
Newark, New Jersey.

DATED:
3/30/11

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk